IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| FREDRICK ALLEN SCHUBERT, JR., | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. CIV-18-745-SLP |
| TULSA COUNTY SHERIFF, | ) | |
| Defendants. | ) | |

**O R D E R**

Before the Court is the Report and Recommendation of United States Magistrate Judge Bernard M. Jones entered August 7, 2018 [Doc. No. 6]. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation of the Magistrate Judge is ADOPTED in its entirety, the Motion for Leave to Proceed *In Forma Pauperis* [Doc. No. 3] is denied as moot and Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 7th day of September, 2018.

SCOTT L. PALK
UNITED STATES DISTRICT JUDGE